*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★ ★

February 3, 2015

No. 04-14-00890-CV

CHRISTOPHER JAMES COLEMAN,
Appellant

v.

DOVER MAINTENANCE ASS'N, INC.,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-01340
Honorable Antonia Arteaga, Judge Presiding

### O R D E R

This court has determined that this dispute is appropriate for referral to an Alternative Dispute Resolution (ADR) procedure. *See* TEX. CIV. PRAC. & REM. CODE § 154.021 (Vernon 2005). All further communications with this court by the parties regarding ADR shall be directed to the Clerk of the Court for any assistance in the mediation process.

All parties are ORDERED to respond in writing by **February 18, 2015,** stating: (1) the name, address, and fee schedule of the mediator of their choice; or (2) that they cannot agree on a mediator, in which case the court will appoint one; or (3) any objection to mediation and the reasons for such objection. *See id.* § 154.022 (b).

Provided the parties submit to mediation, this court will issue an order suspending all appellate deadlines for forty-five (45) days in order that the parties may concentrate on the scheduling and completion of the mediation process.

Is it so **ORDERED** on February 3, 2015.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on February 3, 2015.

Keith E. Hottle, Clerk